UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **VERSAH, LLC, and HUWAIS IP HOLDING LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**UL AMIN INDUSTRIES, and HAMMAD ASHIQ,**<br><br>Defendant. | 2:20-CV-12657-TGB<br><br>HON. TERRENCE G. BERG<br><br>**ORDER SETTING HEARING DATE ON PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND OTHER RELIEF (ECF NO. 4)** |

Plaintiffs have filed this action pursuant to the Lanham and Copyright Acts as well as Michigan state law alleging that Defendants sell counterfeit versions of Densah® Bur Kits, which are medical devices used to prepare teeth for surgical intervention. (ECF No. 1). Plaintiffs have moved for an *ex parte* temporary restraining order, preliminary injunction, and additional relief. (ECF No. 4).

Having carefully reviewed the pleadings, complaint, and other records submitted in support of the motion, the Court finds that an *ex parte* hearing in this matter would assist the Court in determining the merits thereof. Accordingly, Plaintiffs are ordered to appear on **Tuesday, October 6, 2020 at 2:00 pm via video conference** for a hearing. At

the hearing, the Court will hear argument on the motion and receive any additional evidence, in the form of physical exhibits, photographs, or other records, which demonstrates that immediate and irreparable injury, loss, or damage will result before the adverse party can be heard in opposition and the reasons that notice should not be required. Fed. R. Civ. P. 65(b).

**SO ORDERED.**

Dated: October 2, 2020    s/Terrence G. Berg
                         TERRENCE G. BERG
                         UNITED STATES DISTRICT JUDGE