UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **VERSAH, LLC**, and **HUWAIS IP HOLDING LLC**,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>**UL AMIN INDUSTRIES**, and **HAMMAD ASHIQ**,<br><br>　　　　　　Defendants. | 2:20-cv-12657-TGB-RSW<br><br>HON. TERRENCE G. BERG |

# JUDGMENT

In accordance with the Opinion and Order issued on this date, granting Plaintiffs' Motion for Preliminary Injunction (ECF No. 4);

It is **ORDERED AND ADJUDGED** that Defendants and their agents, directors, members, servants, employees, successors, assigns, and all other persons in active concert or participation with them, are enjoined from using Plaintiffs' name, trademarks, or copyrights, including the DENSAH® trademark and the IFU and SILHOUETTE copyrights, in the sale or promotion of any dental burs and bur kits.

It is further **ORDERED** that PayPal shall within five (5) days after actual notice of this Order, provide to Plaintiffs expedited discovery, including copies of all documents and records in such entity's possession or control relating to any and all known domain names and financial accounts associated with Hammad Ashiq, info@ulamin.com, Zia Ul Amin, and Usman Ul Amin.

It is further **ORDERED** that PayPal, shall, within twenty-four (24) hours after actual notice of this Order freeze all access of each and every Defendant to any and all of their accounts associated with the unauthorized sale of bur kits products, by temporarily disabling these accounts and making them inactive and non-transferable pending further order from this Court.

Dated at Detroit, Michigan: December 9, 2020

          DAVID J. WEAVER
          CLERK OF THE COURT

          s/A. Chubb
          Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE