UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VERSAH, LLC, HUWAIS IP HOLDING LLC, | 2:20-CV-12657-TGB |
| Plaintiffs, | JUDGMENT |
| vs. | HONORABLE TERRENCE G. BERG |
| UL AMIN INDUSTRIES, HAMMAD ASHIQ, | |
| Defendants. | |

For the reasons stated in the Opinion and Order entered on August 31, 2021, judgment is entered in favor of Plaintiffs and against Defendants as to Counts I, II, III, V, and VI of the Amended Complaint, and the case is DISMISSED. Count IV is DISMISSED without prejudice.

KINIKIA ESSIX
CLERK OF THE COURT

Dated: August 31, 2021          By: s/A. Chubb _____
                                                    Deputy Clerk


APPROVED AS TO FORM:

/s/Terrence G. Berg _____
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE