UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **VERSAH, LLC ET AL.**, <br><br> Plaintiffs, <br><br> v. <br><br> **UL AMIN INDUSTRIES ET AL.**, <br><br> Defendants. | 2:20-cv-12657-TGB-RSW <br><br> HON. TERRENCE G. BERG <br><br> **ORDER REGARDING PLAINTIFFS' MOTION FOR CLARIFICATION (ECF NO. 44)** |

On August 31, 2021, the Court granted default judgment against Defendants on Plaintiffs' claims for copyright infringement, trademark infringement, unfair competition, and patent infringement; permanently enjoined Defendants from engaging in additional infringing conduct; and awarded $50,000 in statutory damages under the Lanham Act (15 U.S.C. § 1117(c)). ECF No. 42, PageID.816-17.

To satisfy that award, the Court also ordered PayPal to "release any funds in the PayPal account associated with the email hammadashiq@hotmail.com." *Id.* at PageID.817. However, as Plaintiffs point out in their Motion for Clarification (ECF No. 44), Defendants had also used a second PayPal account, associated with the email address namjae1955@gmail.com, to sell the infringing products. That account was frozen pursuant to the Court's December 9, 2020 Order (ECF No. 18).

While the Court referred to "accounts" in the plural elsewhere in its August 31, 2021 final Order, the Court did not clearly state that Plaintiffs could recover from *both* PayPal accounts. It was the Court's intent to grant Plaintiffs' request to recover from both PayPal accounts that had been used to sell the infringing products. *See Bestway Inflatables & Material Corp. v. Doe 1-10*, No. 20-CV-12002, 2021 WL 755483, at *2 (E.D. Mich. Jan. 7, 2021).

Accordingly, it is hereby **ORDERED** that PayPal release to Plaintiffs any funds in the accounts associated with the email addresses namjae1955@gmail.com and hammadashiq@hotmail.com. These funds shall be applied towards the statutory damages award previously imposed by the Court.

**SO ORDERED** this 26th day of January, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge